No. 10–8970. WATSON v. PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. Commw. Ct. Pa. Certiorari denied. ■

No. 10–8975. MILLIGAN v. LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8977. MORALES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–8982. ADDISON v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 10–8986. SATERSTAD v. KLUGH ET AL. Super. Ct. Pa. Certiorari denied.

No. 10–8987. BUNCH v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8988. FULLER v. SMITH. C. A. 4th Cir. Certiorari denied.

No. 10–8993. FERGUSON v. SHERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8994. HANCOCK v. WATSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8999. HAIYAN LIN v. CITY OF COLUMBIA, SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 10–9000. LEWIS v. RICCI, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9001. JOSEPH v. GRIFFIN, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 10–9006. HAMILTON v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9008. GREGG v. MCCALL, WARDEN. C. A. 4th Cir. Certiorari denied.